The Court approves the dismissal with prejudice
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN JOHNSON, on behalf of himself and other similarly situated employees, )<br><br>Plaintiffs, )<br><br>v. )<br><br>OHIO ALUMINUM INDUSTRIES, INC. )<br><br>Defendant. ) | CASE NO. 1:23-cv-00807<br><br>JUDGE: JAMES S. GWIN |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Now come the Parties, by and through counsel, pursuant to FRCP 41(a)(1)(A)(ii) and hereby gives notice to the Court of the stipulated dismissal, with prejudice, of all claims against Defendant.

Respectfully Submitted,

/s/ *Robert B. Kapitan*
Robert B. Kapitan (0074327)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Blvd.
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
robert@lazzarolawfirm.com
anthony@lazzarolawfirm.com
*Attorneys for Plaintiff*

*and*

/s/ *Lester W. Armstrong*
Lester W. Armstrong (0036832)